B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

In re  Robin Haynes                          ,           Case No.  13-30783

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Value Recovery Group LP | Mountain National Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Sharon Gorby 919 Old Henderson Rd
  Columbus, OH 43220

Court Claim # (if known):  8
Amount of Claim:  $92,978.13
Date Claim Filed:  07/23/2013

Phone:  614-324-5959
Last Four Digits of Acct #:  4700

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
  Same

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/17/14
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED APR 2 1 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
BY _____

**Press Releases**

### First Tennessee Bank, National Association, Memphis, Tennessee, Assumes All of the Deposits of Mountain National Bank, Sevierville, Tennessee

**FOR IMMEDIATE RELEASE**
June 7, 2013

Media Contact:
LaJuan Williams-Young
Office: 202-898-3876
Cell: 571-215-6027
Email: lwilliams-young@fdic.gov

Mountain National Bank, Sevierville, Tennessee, was closed today by the Office of the Comptroller of the Currency, which appointed the Federal Deposit Insurance Corporation (FDIC) as receiver. To protect the depositors, the FDIC entered into a purchase and assumption agreement with First Tennessee Bank, National Association, Memphis, Tennessee, to assume all of the deposits of Mountain National Bank.

The 12 former branches of Mountain National Bank will reopen as branches of First Tennessee Bank, National Association during their normal business hours. Depositors of Mountain National Bank will automatically become depositors of First Tennessee Bank, National Association. Deposits will continue to be insured by the FDIC, so there is no need for customers to change their banking relationship in order to retain their deposit insurance coverage up to applicable limits. Customers of Mountain National Bank should continue to use their current branch until they receive notice from First Tennessee Bank, National Association that systems conversions have been completed to allow full-service banking at all branches of First Tennessee Bank, National Association.

This evening and over the weekend, depositors of Mountain National Bank can access their money by writing checks or using ATM or debit cards. Checks drawn on the bank will continue to be processed. Loan customers should continue to make their payments as usual.

As of March 31, 2013, Mountain National Bank had approximately $437.3 million in total assets and $373.4 million in total deposits. In addition to assuming all of the deposits of the failed bank, First Tennessee Bank, National Association agreed to purchase essentially all of the failed bank's assets.

Customers with questions about today's transaction should call the FDIC toll-free at 1-800-356-1848. The phone number will be operational this evening until 9:00 p.m., Eastern Daylight Time (EDT); on Saturday from 9:00 a.m. to 6:00 p.m., EDT; on Sunday from noon to 6:00 p.m., EDT; on Monday from 8:00 a.m. to 8:00 p.m., EDT; and thereafter from 9:00 a.m. to 5:00 p.m., EDT. Interested parties also can visit the FDIC's Web site at http://www.fdic.gov/bank/individual/failed/mountain-tn.html.

The FDIC estimates that cost to the Deposit Insurance Fund will be $33.5 million. Compared to other alternatives, First Tennessee Bank, National Association's acquisition was the least costly resolution for the FDIC's DIF. Mountain National Bank is the 16th FDIC-insured institution to fail in the nation this year, and the first in Tennessee. The last FDIC-insured institution closed in the state was The Farmers Bank of Lynchburg, on June 15, 2012.

###

Congress created the Federal Deposit Insurance Corporation in 1933 to restore public

7,019 banks and savings associations, and it promotes the safety and soundness of these institutions by identifying, monitoring and addressing risks to which they are exposed. The FDIC receives no federal tax dollars - insured financial institutions fund its operations.

FDIC press releases and other information are available on the Internet at www.fdic.gov, by subscription electronically (go to www.fdic.gov/about/subscriptions/index.html) and may also be obtained through the FDIC's Public Information Center (877-275-3342 or 703-562-2200). **PR-50-2013**

## ASSIGNMENT AND BILL OF SALE

Pursuant to Section 6.01(b) of the 2012 Second Amended and Restated Agreement of Limited Partnership of Value Recovery Group, L.P. ("Partnership Agreement"), by and between Value Recovery Group Joint Venture I, an Ohio Partnership, and the Federal Deposit Insurance Corporation ("Seller"), the Seller has agreed to contribute to Partnership (the "Purchaser") and the Purchaser has agreed to accept from the Seller, all of the Seller's right, title and interest, if any, in and to the one hundred six (181) "Judgments", Deficiencies, Charge-offs" and "Other Assets" (as such terms are defined in the Partnership Agreement) with a total book value of $10,018,304.06 which are listed on Exhibit A attached hereto (the "Assets").

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS, that the Seller, for and in consideration of the mutual promises contained in the Contribution Agreement and other good and valuable consideration paid by the Purchaser to the Seller, the receipt of which is hereby acknowledged, and intending to be legally bound hereunder, has bargained and sold, and by these presents does hereby grant, bargain, sell, convey, transfer, assign and deliver to the Purchaser, its successors and permitted assigns, each of the Assets, "as is", without representation or warranty as to ownership, title, collectability or any other matter.

TO HAVE AND TO HOLD the Assets unto the Purchaser, its successors and permitted assigns, to and for its and their own proper use and benefit forever.

The Purchaser shall have the right to collect or receive the monies due under the Assets, and any part thereof, or to release or discharge said Assets, and the Purchaser, by accepting this Assignment and Bill of Sale, does hereby hold the Seller harmless from any and all costs incurred in the collection of the Assets.

This Assignment and Bill of Sale shall be governed by and construed in accordance with the laws of the State of Texas, without giving effect to principles thereof relating to conflicts of laws.

IN WITNESS WHEREOF, the undersigned has duly executed this Bill of Sale and Assignment, or has caused this Bill of Sale and Assignment to be duly executed on its behalf, as of June 24, 2013.

FEDERAL DEPOSIT INSURANCE CORPORATION

By: _____
Name:         Lewis A Hunter, II
              Manager, Asset Management

City of Dallas        )
                      ) ss.
State of Texas        )

The undersigned, a notary public in and for above-said county and State, does hereby acknowledge that Lewis A. Hunter, II, as Manager, Asset Management, of Federal Deposit Insurance Corporation, an instrumentality of the United States of America, personally appeared before me on this day, and being by me duly sworn, says that he, being informed of the contents, voluntarily executed the foregoing instrument for and on behalf of such entity.

WITNESS my hand and official seal, this 24 day of ___June___, 2013.

(SEAL)

KIM D. HOLMES
Notary Public, State of Texas
My Commission Expires
August 19, 2014

Notary Public for the State of Texas

My Commission Expires: 8/19/2014

PURCHASER'S ADDRESS:
Value Recovery Group, L.P.
919 Old Henderson Road
Columbus, OH 43220
Attn: Barry Fromm

Mountain National Bank
FIN No. 10483
EXHIBIT "A"
Value Recovery Group, L.P.
PHASE I

| ACCOUNT NUMBER | NAME | NET BALANCE |
|---|---|---|
| 401794700 | DELMAR HAYNES PONTIAC AND GMC TRUCKS INC | 78,393.10 |

